United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00851-HWV
David S. Clement  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: May 17, 2023  Form ID: ntnew341  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David S. Clement, 409 Prince Street, Harrisburg, PA 17109-3020 |
| 5535197 | | 13 Members 1st Federal Credit Un, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5535199 | | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Camp Hill, PA 17011-6943 |
| 5535204 | + | Lower Paxton Township Sewer Authority, 425 Prince St., Harrisburg, PA 17109-2892 |
| 5535220 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5535205 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5535206 | | Pennsylvania Department of Revenue, Bureau of Compliance PO Box 280948, Harrisburg, PA 17128-0948 |
| 5535207 | + | Pennsylvania Psychiatric Institute, 2501 N. 3rd St., Harrisburg, PA 17110-1904 |
| 5535209 | | Ppl Electric Utilities, 27 Fairview St, Carlisle, PA 17015-3200 |
| 5535212 | | South Central Ems, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5535214 | | Torres Crdit, Attn: Bankruptcy, PO Box 189, Carlisle, PA 17013-0189 |
| 5535216 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5535223 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5535198 | | Email/PDF: bncnotices@becket-lee.com | May 17 2023 19:01:38 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 5535200 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 18:45:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5535201 | | Email/Text: dylan.succa@commercialacceptance.net | May 17 2023 18:43:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Rd, Ste 102, Camp Hill, PA 17011-7303 |
| 5535202 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | May 17 2023 18:43:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5535203 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 17 2023 18:43:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5535218 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 17 2023 18:43:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5535219 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2023 18:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5535495 | + | Email/Text: inchargehq@westcreekfin.com | May 17 2023 18:43:00 | Koalafi, 424 Hull Street Suite 400, Richmond, VA 23224-4114 |
| 5535222 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 18:43:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5535435 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5535208 | | Email/PDF: ebnotices@pnmac.com | May 17 2023 18:45:31 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |

| | | | | |
|---|---|---|---|---|
| 5535210 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 17 2023 18:45:31 | Regional Acceptance Co, Attn: Bankruptcy, PO Box 1487, Wilson, NC 27894-1487 |
| 5536251 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 17 2023 18:45:31 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5535211 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 17 2023 18:43:00 | Safeco In., PO Box 607, Norwood, MA 02062-0607 |
| 5535213 | + | Email/Text: susan.maria-martinka@uhsinc.com | May 17 2023 18:43:00 | The Horsham Clinic, 722 E. Butler Pike, Ambler, PA 19002-2310 |
| 5535221 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 17 2023 18:43:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5535215 | | Email/Text: bkrcy@ugi.com | May 17 2023 18:43:00 | UGI UTILITIES, INC., P.O. Box 13009, Reading, PA 19612-3099 |
| 5539411 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2023 18:45:24 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5535217 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2023 18:45:30 | Wells Fargo Jewelry Advantage, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 David S. Clement jmh@johnhyamslaw.com acb@johnhyamslaw.com;fep@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David S. Clement,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00851−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: June 22, 2023<br><br>Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 17, 2023 |

ntnew341 (04/18)