## Employee Check Detail Report

Print Date & Time:
6/30/202311:34:37 AM

**Reporting Period:** 05/31/23 - 06/30/23

**Employee Name** DAVID CLEMENT

**Employee #:** 18282242

**SSN:** XXX-XX-9104

---

| Check Date 06/02/23 | | Check # 9105944 | | | | |
|---|---|---|---|---|---|---|
| Pay End Date 05/28/23 | | PAYCARD 181850483 | | $569.47 | | |
| | | | | | Pay Rate | Hours |

| Payments | | | | | |
|---|---|---|---|---|---|
| 51R | Regular | | $710.39 | $19.50 | 36.43 |
| | | | $710.39 | | |

| Deductions | | | |
|---|---|---|---|
| LCSA | CENTRAL DAUPHIN SD, PA | $10.66 | |
| LPAX | LOWER PAXTON TWP, PA | $3.55 | |
| LSM2 | SOUTH MIDDLETON SD, PA LST | $0.10 | |
| LSML | SOUTH MIDDLETON TWP, PA LST | $0.90 | |
| PASI | PENNSYLVANIA SUTA EE | $0.50 | |
| PAWH | PENNSYLVANIA WITHHOLDING | $21.81 | |
| TEMC | MEDICARE TAX EMPLOYEE PD | $10.30 | |
| TESS | SOCIAL SECURITY EMPLOYEE PD | $44.05 | |
| TFIT | FEDERAL W/H | $49.05 | |
| | | $140.92 | |

**Gross Pay: $710.39**

**Net Pay: $569.47**

---

| Check Date 06/09/23 | | Check # 9141727 | | | | |
|---|---|---|---|---|---|---|
| Pay End Date 06/04/23 | | PAYCARD 181850483 | | $889.18 | | |
| | | | | | Pay Rate | Hours |

| Payments | | | | | |
|---|---|---|---|---|---|
| 51O | OT | | $356.85 | $29.25 | 12.20 |
| 51R | Regular | | $780.00 | $19.50 | 40.00 |
| | | | $1,136.85 | | |

| Deductions | | | |
|---|---|---|---|
| LCSA | CENTRAL DAUPHIN SD, PA | $17.05 | |
| LPAX | LOWER PAXTON TWP, PA | $5.69 | |
| LSM2 | SOUTH MIDDLETON SD, PA LST | $0.10 | |
| LSML | SOUTH MIDDLETON TWP, PA LST | $0.90 | |
| PASI | PENNSYLVANIA SUTA EE | $0.79 | |
| PAWH | PENNSYLVANIA WITHHOLDING | $34.90 | |
| TEMC | MEDICARE TAX EMPLOYEE PD | $16.49 | |
| TESS | SOCIAL SECURITY EMPLOYEE PD | $70.48 | |
| TFIT | FEDERAL W/H | $101.27 | |
| | | $247.67 | |

**Gross Pay: $1,136.85**

**Net Pay: $889.18**

**Check Date** 06/16/23   **Check #** 9201311
**Pay End Date** 06/11/23   **PAYCARD** 181850483   $1,173.39

| | | | Pay Rate | Hours |
|---|---|---|---|---|
| **Payments** | | | | |
| 51O | OT | $792.68 | $29.25 | 27.10 |
| 51R | Regular | $780.00 | $19.50 | 40.00 |
| | | $1,572.68 | | |
| **Deductions** | | | | |
| LCSA | CENTRAL DAUPHIN SD, PA | $23.59 | | |
| LPAX | LOWER PAXTON TWP, PA | $7.86 | | |
| LSM2 | SOUTH MIDDLETON SD, PA LST | $0.10 | | |
| LSML | SOUTH MIDDLETON TWP, PA LST | $0.90 | | |
| PASI | PENNSYLVANIA SUTA EE | $1.10 | | |
| PAWH | PENNSYLVANIA WITHHOLDING | $48.28 | | |
| TEMC | MEDICARE TAX EMPLOYEE PD | $22.80 | | |
| TESS | SOCIAL SECURITY EMPLOYEE PD | $97.51 | | |
| TFIT | FEDERAL W/H | $197.15 | | |
| | | $399.29 | | |

**Gross Pay: $1,572.68**
**Net Pay: $1,173.39**

**Check Date** 06/23/23   **Check #** 9247839
**Pay End Date** 06/18/23   **PAYCARD** 181850483   $723.03

| | | | Pay Rate | Hours |
|---|---|---|---|---|
| **Payments** | | | | |
| 51O | OT | $134.55 | $29.25 | 4.60 |
| 51R | Regular | $780.00 | $19.50 | 40.00 |
| | | $914.55 | | |
| **Deductions** | | | | |
| LCSA | CENTRAL DAUPHIN SD, PA | $13.72 | | |
| LPAX | LOWER PAXTON TWP, PA | $4.57 | | |
| LSM2 | SOUTH MIDDLETON SD, PA LST | $0.10 | | |
| LSML | SOUTH MIDDLETON TWP, PA LST | $0.90 | | |
| PASI | PENNSYLVANIA SUTA EE | $0.64 | | |
| PAWH | PENNSYLVANIA WITHHOLDING | $28.08 | | |
| TEMC | MEDICARE TAX EMPLOYEE PD | $13.26 | | |
| TESS | SOCIAL SECURITY EMPLOYEE PD | $56.70 | | |
| TFIT | FEDERAL W/H | $73.55 | | |
| | | $191.52 | | |

**Gross Pay: $914.55**
**Net Pay: $723.03**

**Check Date** 06/30/23                   **Check #** 9320794
**Pay End Date** 06/25/23                 **PAYCARD** 181850483          $451.56

|  |  |  | | Pay Rate | Hours |
|---|---|---|---|---|---|
| **Payments** | | | | | |
| 51R | Regular | | $553.61 | $19.50 | 28.39 |
| | | | $553.61 | | |
| **Deductions** | | | | | |
| LCSA | CENTRAL DAUPHIN SD, PA | | $8.30 | | |
| LPAX | LOWER PAXTON TWP, PA | | $2.77 | | |
| LSM2 | SOUTH MIDDLETON SD, PA LST | | $0.10 | | |
| LSML | SOUTH MIDDLETON TWP, PA LST | | $0.90 | | |
| PASI | PENNSYLVANIA SUTA EE | | $0.39 | | |
| PAWH | PENNSYLVANIA WITHHOLDING | | $17.00 | | |
| TEMC | MEDICARE TAX EMPLOYEE PD | | $8.03 | | |
| TESS | SOCIAL SECURITY EMPLOYEE PD | | $34.32 | | |
| TFIT | FEDERAL W/H | | $30.24 | | |
| | | | $102.05 | | |

**Gross Pay: $553.61**
**Net Pay: $451.56**