United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00851-HWV

David S. Clement  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Jul 20, 2023      Form ID: ntcnfhrg      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David S. Clement, 409 Prince Street, Harrisburg, PA 17109-3020 |
| 5535197 | | 13 Members 1st Federal Credit Un, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5535199 | | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Camp Hill, PA 17011-6943 |
| 5535204 | + | Lower Paxton Township Sewer Authority, 425 Prince St., Harrisburg, PA 17109-2892 |
| 5535220 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5535205 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5535206 | | Pennsylvania Department of Revenue, Bureau of Compliance PO Box 280948, Harrisburg, PA 17128-0948 |
| 5535207 | + | Pennsylvania Psychiatric Institute, 2501 N. 3rd St., Harrisburg, PA 17110-1904 |
| 5535209 | | Ppl Electric Utilities, 27 Fairview St, Carlisle, PA 17015-3200 |
| 5535212 | | South Central Ems, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5535214 | | Torres Crdit, Attn: Bankruptcy, PO Box 189, Carlisle, PA 17013-0189 |
| 5535216 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5535223 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5535198 | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 19:49:51 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 5548303 | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 19:49:50 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5548890 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 19:49:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5535200 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 19:49:44 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5535201 | Email/Text: dylan.succa@commercialacceptance.net | Jul 20 2023 18:43:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Rd, Ste 102, Camp Hill, PA 17011-7303 |
| 5535202 | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jul 20 2023 18:43:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5535203 | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 20 2023 18:43:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5535218 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 20 2023 18:43:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5535219 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2023 18:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5535495 | + Email/Text: inchargehq@westcreekfin.com | Jul 20 2023 18:44:00 | Koalafi, 424 Hull Street Suite 400, Richmond, VA 23224-4114 |
| 5535222 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 18:43:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5535435 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5546985 | + | Email/PDF: ebnotices@pnmac.com | Jul 20 2023 19:50:24 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5535208 | | Email/PDF: ebnotices@pnmac.com | Jul 20 2023 19:49:26 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5535210 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 20 2023 19:50:29 | Regional Acceptance Co, Attn: Bankruptcy, PO Box 1487, Wilson, NC 27894-1487 |
| 5536251 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 20 2023 19:50:29 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5535211 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 20 2023 18:43:00 | Safeco In., PO Box 607, Norwood, MA 02062-0607 |
| 5535213 | + | Email/Text: susan.maria-martinka@uhsinc.com | Jul 20 2023 18:44:00 | The Horsham Clinic, 722 E. Butler Pike, Ambler, PA 19002-2310 |
| 5535221 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jul 20 2023 18:43:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5535215 | | Email/Text: bkrcy@ugi.com | Jul 20 2023 18:43:00 | UGI UTILITIES, INC., P.O. Box 13009, Reading, PA 19612-3099 |
| 5539411 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 20 2023 19:50:21 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5535217 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 20 2023 19:49:18 | Wells Fargo Jewelry Advantage, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5542176 | *+ | Penn State Health, PO Box 829725, Philadelphia PA 19182-9725 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| John Matthew Hyams | on behalf of Debtor 1 David S. Clement jmh@johnhyamslaw.com acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David S. Clement,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00851−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: August 30, 2023 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 20, 2023 |

ntcnfhrg (08/21)