UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-00851 |
|---|---|
| DAVID S CLEMENT | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/25/2023, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/25/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID S CLEMENT

CASE NO: 23-00851

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 9/25/2023, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/25/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00851<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON SEP 25 7-14-25 PST 2023 | ~~(U)PENNYMAC LOAN SERVICES LLC~~ | ~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | 13 MEMBERS 1ST FEDERAL CREDIT UN<br>2300 GETTYSBURG RD<br>CAMP HILL PA 17011-7303 | AMERICAN FIRST FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 565848<br>DALLAS TX 75356-5848 |
| AMERICAN FIRST FINANCE LLC<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 | ASHLEY FUNDING SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | BUREAU OF ACCOUNT MANAGMENT<br>ATTN BANKRUPTCY<br>3607 ROSEMONT AVE<br>STE 502<br>CAMP HILL PA 17011-6943 |
| (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 | COMMERCIAL ACCEPTANCE COMPANY<br>ATTN BANKRUPTCY<br>2300 GETTYSBURG RD<br>STE 102<br>CAMP HILL PA 17011-7303 |
| COMPUTER CREDIT INC<br>PO BOX 5238<br>WINSTON SALEM NC 27113-5238 | CREDIT COLLECTION SERVICES<br>ATTN BANKRUPTCY<br>725 CANTON ST<br>NORWOOD MA 02062-2679 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| KOALAFI<br>424 HULL STREET SUITE 400<br>RICHMOND VA 23224-4114 | LOWER PAXTON TOWNSHIP SEWER AUTHORITY<br>425 PRINCE ST<br>HARRISBURG PA 17109-2892 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 |
| PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PENN STATE HEALTH<br>PO BOX 829725<br>PHILADELPHIA PA 19182-9725 | ~~EXCLUDE~~<br>~~(D)PENN STATE HEALTH~~<br>~~PO BOX 829725~~<br>~~PHILADELPHIA PA 19182-9725~~ |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE PO BOX 280948<br>HARRISBURG PA 17128-0948 | PENNSYLVANIA PSYCHIATRIC INSTITUTE<br>2501 N 3RD ST<br>HARRISBURG PA 17110-1904 |
| PENNYMAC LOAN SERVICES LLC<br>PO BOX 2410<br>MOORPARK CA 93020-2410 | PENNYMAC LOAN SERVICES LLC<br>PO BOX 514387<br>LOS ANGELES CA 90051-4387 | PPL ELECTRIC UTILITIES<br>27 FAIRVIEW ST<br>CARLISLE PA 17015-3200 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| REGIONAL ACCEPTANCE CO<br>ATTN BANKRUPTCY<br>PO BOX 1487<br>WILSON NC 27894-1487 | REGIONAL ACCEPTANCE CORPORATION<br>PO BOX 1847<br>WILSON NC 27894-1847 | SAFECO IN<br>PO BOX 607<br>NORWOOD MA 02062-0607 |
| SOUTH CENTRAL EMS<br>2300 GETTYSBURG RD<br>CAMP HILL PA 17011-7303 | THE HORSHAM CLINIC<br>722 E BUTLER PIKE<br>AMBLER PA 19002-2310 | TORRES CRDIT<br>ATTN BANKRUPTCY<br>PO BOX 189<br>CARLISLE PA 17013-0189 |
| (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | (P)UGI UTILITIES INC<br>ATTN CREDIT COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | UPMC PINNACLE<br>PO BOX 826813<br>PHILADELPHIA PA 19182-6813 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | WELLS FARGO BANK NA<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 | WELLS FARGO JEWELRY ADVANTAGE<br>PO BOX 14517<br>DES MOINES IA 50306-3517 |
| ~~EXCLUDE~~<br>~~DAVID S CLEMENT~~<br>~~409 PRINCE STREET~~<br>~~HARRISBURG PA 17109-3020~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ |