UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID S. CLEMENT          :  CHAPTER 13
        Debtor                    :
                                       :

JACK N. ZAHAROPOULOS       :
STANDING CHAPTER 13 TRUSTEE  :
        Movant                  :
                                       :
        vs.                     :
                                       :

DAVID S. CLEMENT           :
        Respondent           :  CASE NO.  1-23-bk-00851

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

       AND NOW, this  26th  day of October, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

       1.  Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.  More specifically, the debtor has excess non-exempt equity in the following:

     a.  Residential real estate.  The Trustee has requested
         proof of the value of the debtor's home as stated in
         his schedules – CMA requested.

       WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a.  Deny confirmation of debtor(s) plan.
     b.  Dismiss or convert debtor(s) case.
     c.  Provide such other relief as is equitable and just.

                     Respectfully submitted:

                     Jack N. Zaharopoulos
                     Standing Chapter 13 Trustee
                     8125 Adams Drive, Suite A
                     Hummelstown, PA 17036
                     (717) 566-6097

         BY:         /s/Douglas R. Roeder
                     Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   26th   day of October, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee4